CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 0 8 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Fay Cowman
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| DARRYL W. STEVENS,<br>　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　　　　　　*Defendant.* | CIVIL ACTION NO. 6:09-cv-41<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the court upon consideration of the parties' cross motions for summary judgment (docket nos. 11 and 13), the magistrate judge's report and recommendation (docket no. 17), the plaintiff's objections thereto (docket no. 18), and the defendant's response (docket no. 19). As set forth in the accompanying memorandum opinion, and for the reasons given therein, it is ORDERED that the report and recommendation be ADOPTED. It is further ORDERED that plaintiffs' motion for summary judgment be DENIED, and defendant's motion be GRANTED.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying opinion to all counsel of record.

Entered this 8th day of February, 2011.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE